UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00223-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DOMINEAQ MARCHELL WILSON, a.k.a. "Tension," | |
| Defendant. | |

Pending before the Court is Defendant Domineaq Wilson's Motion seeking copies of his plea and sentencing transcripts, as well as his Indictment (ECF No. 29). The docket reflects that Defendant is currently represented by counsel. Given the status of this case, counsel must advise the Court if she continues to represent Defendant or if the representation concluded with Plaintiff's entry of a plea. If counsel remains on this case, only his attorney may appear or act on his behalf. LR IA 11-6.

If counsel is no longer representing Defendant, 28 U.S.C. § 753(f) provides transcripts to an appellant free of charge upon the Court's determination that the appeal presents a legitimate question and is not frivolous. However, Defendant has not filed a notice of appeal—thus, there is no appeal pending. *Morgan v. Doran*, Case No. CV 1:02-CV-6316 AWI DLB P, 2007 WL 1080580, at \*2 (E.D. Cal. April 4, 2007) (denying request for preparation of transcripts at government's expense where motion failed to explain why certain transcripts "are necessary to resolve the issues he desires to raise on appeal."). Defendant also does not have a habeas petition pending under 28 U.S.C. § 2255. Even so, a federal prisoner does not have an absolute right to transcripts of his criminal proceedings in order to prepare a § 2255 motion. *United States v. MacCollum*, 426 U.S. 317 (1976).

Accordingly, Defendant Domineaq Wilson's Motion seeking copies of his plea and sentencing transcripts as well as his Indictment (ECF No. 29) is DENIED without prejudice.

IT IS FURTHER ORDERED that Rachel Stewart **must** advise the Court if she continues to represent Defendant or if her appointment has concluded or if she intends to assist Defendant with her appeal.

Dated this 23rd day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE